PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8956
        Facsimile: (415) 744-0134
        E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH B. TRIPLETT,<br><br>              Plaintiff,<br><br>       vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | Case No.: 2:16-cv-02168-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Defendant shall have an extension of time of an additional 35 days to

respond to Plaintiff's motion for summary judgment.  This is the first continuance sought by

Defendant.  The current due date is March 8, 2017.  The new due date will be April 12, 2017.

        There is good cause for this request.  Since the filing of Plaintiff's motion for summary

judgment, Defendant's counsel has been diligently addressing a backlog of cases and heavy

workload due to her multiple-weeks long absences after two major medical emergencies at the

end of 2016.  In the last week, she also experienced an unanticipated mild medical condition that

affected her ability to work and required her to be on leave.  Despite her diligence and given

1  counsel's continuing heavy workload in the next month, Defendant is requesting additional time

2  up to and including April 12, 2017, to fully review the record and research the issues presented

3  by Plaintiff's motion for summary judgment.  This request is made in good faith with no

4  intention to unduly delay the proceedings.

5        The parties further stipulate that the Court's Scheduling Order shall be modified

6  accordingly.

7                                            Respectfully submitted,

8  Date: March 8, 2017                 LAW OFFICES OF LAWRENCE D. ROHLFING

9

10                         *s/ Young Cho by C.Chen\**
                        (As authorized by e-mail on 3/8/2017)

11                         YOUNG CHO
                        Attorneys for Plaintiff

12

13 Date: March 8, 2017                 PHILLIP A. TALBERT
                        United States Attorney

14

15                         By *s/ Carolyn B. Chen*
                        CAROLYN B. CHEN

16                         Special Assistant U. S. Attorney

17                         Attorneys for Defendant

18

19                               ORDER

20

21 APPROVED AND SO ORDERED:

22 Dated:  March 10, 2017

23

24 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2